**FILED**
**February 28, 2024**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. **DR:24-CR-00404-AM** |
| v. | § § § § | **INDICTMENT** [VIO: COUNT ONE: 18 U.S.C. § 922(g)(9) and 924(a)(8) – Prohibited Person in Possession of a Firearm.] |
| JEREMY SCOTT ALLRED | § § § § | **FORFEITURE** |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)(9) and 924(a)(8)]

On or about February 2, 2024, in the Western District of Texas, Defendant,

JEREMY SCOTT ALLRED,

knowing he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: a Canik, TP9 Elite, 9mm handgun, serial number T647220CB38985, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

I.
Firearms Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(9),
subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1),
made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).]

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of property, including any

items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461(c), which states the following:

**Title 18 U.S.C. § 924. Penalties**
**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . .

This Notice of Demand for Forfeiture includes but is not limited to the following.

1. **Canik TP9 Elite, 9mm handgun, s/n T6472-20CB 38985; and**
2. **Any related ammunition and firearm accessories.**

A TRUE BILL.

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____
JOSHUA J. GARLAND
Assistant United States Attorney